UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LAMARQUE, Warden,<br><br>　　　　Respondent. | Case No. CV 01-06672 MMM (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation and Petitioner's Objections, *de novo*.

IT IS ORDERED that:

1. The Objections are OVERRULED.

2. The Report and Recommendation is approved and adopted.

3. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

4. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: _December 31_, 2007　　　　　　　_/s/ Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE