LODGED
CLERK, U.S. DISTRICT COURT

JUL 2 4 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10        WESTERN DIVISION
11

12   SY LEE CASTLE,                          )   Case No. CV 01-06672 MMM (AN)
13            Petitioner,                     )
14        v.                                  )   JUDGMENT
15   LAMARQUE, Warden,                        )
16            Respondent.                     )
17   _____   )

18        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the

19   reasons set forth in the Magistrate Judge's Report and Recommendation.

20

21   Dated: _____December 31_____, 2007        _____
22                                             MARGARET M. MORROW
                                               UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28